FILED-CLERK
U.S. DISTRICT COURT
2006 DEC 29 PM 1:59
TEXAS-EASTERN
BY

**United States District Court**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SEAN ROBERTS | § | |
| | § | |
| V. | § | CASE NO. 4:06CV485 |
| | § | (Judge Schell/Judge Bush) |
| MCKINNEY HOUSING AUTHORITY | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced civil action, this Court having heretofore ordered this case be referred to the United States Magistrate Judge for all pretrial purposes.

The report of the United States Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Docket No. 3). The Court having made a *de novo* review of the objections raised by Plaintiff thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining is hereby **DENIED**.

**SIGNED** this 29th day of December, 2006.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE